```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  8/21/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN,

        Plaintiff,

    -against-

MIXOLOSHE, LLC,

        Defendant.

23-cv-07005 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **forty-five days.**

**SO ORDERED.**

Dated:    August 21, 2023
            New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**